| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Yvonne Giovanna Stewart | CASE NO.:<br>CHAPTER: Chapter 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 2/13/2023    Yvonne Giovanna Stewart    /s/ Yvonne Giovanna Stewart
                   Printed name of Debtor 1         Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                Printed name of Debtor 2         Signature of Debtor 2



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/12/2023**
EARNING PERIOD:
**02/01/2023 to 02/12/2023**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**6700 Sepulveda Blvd, Van Nuys, CA 91411, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | US$ 35.89 |
| **Total Hours** | 16.22 |
| **Total Gross Pay** | US$ 582.16 |
| **Total Taxes Deductions** | US$ 0.00 |
| **Total Net Pay** | US$ 582.16 |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**01/01/2023 to 02/01/2023**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**9061 Evonvale Dr, Corona, CA 92883, USA**

| EARNINGS SUMMARY ||
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | US$ 45.21 |
| **Total Hours** | 53.85 |
| **Total Gross Pay** | US$ 2434.66 |
| **Total Taxes Deductions** | US$ 0.00 |
| **Total Net Pay** | US$ 2434.66 |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**12/01/2022 to 12/31/2022**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | US$ 38.61 |
| **Total Hours** | 98.44 |
| **Total Gross Pay** | US$ 3801.18 |
| **Total Taxes Deductions** | US$ 0.00 |
| **Total Net Pay** | US$ 3801.18 |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*

| | | | | | |
|---|---|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Employee Name:** | Yvonne G Stewart | **Pay Date:** | 1/6/2023 |
| **Employer Phone:** | 1-833-462-7547 | **Employee #:** | 246692 | **Pay Period:** | 12/18/2022 - 12/31/2022 |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** | 567499955 |
| | | **Pay Group:** | Health Net of California, Inc. | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Type:** | Hourly | **Pay Rate:** | 20.9100 |
| | | | | **Federal Filing Status:** | Single |
| | | | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | | | **State Exemptions:** | 3 (CA) |

| | Current 12/18/2022 - 12/31/2022 | | | YTD As of 12/31/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 253.15 | | $2,531.07 | 253.15 | $2,531.07 |
| REGULAR | 68.38 | 20.9100 | $1,429.90 | 68.38 | $1,429.90 |
| HOLIDAY | 24.00 | 20.9100 | $501.84 | 24.00 | $501.84 |
| HOLIDAY WORKED | 8.00 | 33.5937 | $268.75 | 8.00 | $268.75 |
| LANGPREM | 76.38 | 1.6728 | $127.77 | 76.38 | $127.77 |
| SHFT2WD NE | 4.00 | 1.6728 | $6.69 | 4.00 | $6.69 |
| SHFT2WD OT | 1.00 | 2.5092 | $2.51 | 1.00 | $2.51 |
| SHFT3WD NE | 39.37 | 2.0910 | $82.32 | 39.37 | $82.32 |
| SHFT3WD OT | 2.00 | 3.1365 | $6.27 | 2.00 | $6.27 |
| SHFT2WE NE | 3.00 | 2.0910 | $6.27 | 3.00 | $6.27 |
| SHFT3WE NE | 22.02 | 3.3456 | $73.66 | 22.02 | $73.66 |
| SHFT3WE OT | 5.00 | 5.0184 | $25.09 | 5.00 | $25.09 |
| **Memo Information** | | | $75.93 | | $75.93 |
| 401K MATCH | | | $75.93 | | $75.93 |
| **Pre-Tax Deductions** | | | $419.22 | | $419.22 |
| 401K % | | | $253.11 | | $253.11 |
| Health (Pre-Tax) | | | $148.73 | | $148.73 |
| Vision (Pre-Tax) | | | $3.35 | | $3.35 |
| Dental (Pre-Tax) | | | $10.19 | | $10.19 |
| Med Spending | | | $3.84 | | $3.84 |
| **Taxes** | | | $435.10 | | $435.10 |
| Fed W/H | | | $181.00 | | $181.00 |
| FICA EE | | | $146.63 | | $146.63 |
| Fed MWT EE | | | $34.29 | | $34.29 |
| CA W/H | | | $51.90 | | $51.90 |
| CA DT EE | | | $21.28 | | $21.28 |
| **Post-Tax Deductions** | | | $86.45 | | $86.45 |
| AD&D | | | $2.17 | | $2.17 |
| Additional Life | | | $33.97 | | $33.97 |
| United Way | | | $25.00 | | $25.00 |
| ESPP% | | | $25.31 | | $25.31 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,590.30 | | $1,590.30 |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,390.30 | | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $2,531.07 | 401K/403B Match Eligible Earnings YTD | $2,531.07 |
| Total Hours Worked | 76.38 | | |

| **Accruals & Balances** | |
|---|---|
| PTO Balance: | 46.78 Hours |
| Float Balance: | 0.00 Days |
| Sick Balance: | 0.00 Hours |



Page 1 of 1

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |
| **Employee Name:** | Yvonne G Stewart | |
| **Employee #:** | 246692 | |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | |
| **Pay Group:** | Health Net of California, Inc. | |
| **Pay Type:** | Hourly | |
| **Pay Date:** | 1/20/2023 | |
| **Pay Period:** | 1/1/2023 - 1/14/2023 | |
| **Deposit Advice #:** | 572601025 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 20.9100 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **State Filing Status:** | Single; Alt Code 01 (CA) | |
| **State Exemptions:** | 3 (CA) | |

| | Current 1/1/2023 - 1/14/2023 | | | YTD As of 1/14/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 211.30 | | **$1,948.15** | 464.44 | **$4,479.22** |
| OVERTIME | 0.20 | 33.6482 | $6.73 | 0.20 | $6.73 |
| REGULAR | 62.57 | 20.9100 | $1,308.27 | 130.95 | $2,738.17 |
| HOLIDAY | 8.00 | 20.9100 | $167.28 | 32.00 | $669.12 |
| HOLIDAY WORKED | 5.00 | 33.6482 | $168.24 | 13.00 | $436.99 |
| LANGPREM | 67.56 | 1.6728 | $113.02 | 143.94 | $240.79 |
| LANGPREM OT | 0.20 | 2.5092 | $0.50 | 0.20 | $0.50 |
| SHFT2WD NE | 4.00 | 1.6728 | $6.69 | 8.00 | $13.38 |
| SHFT2WD OT | | | | 1.00 | $2.51 |
| SHFT3WD NE | 32.32 | 2.0910 | $67.57 | 71.68 | $149.89 |
| SHFT3WD OT | | | | 2.00 | $6.27 |
| SHFT2WE NE | 3.25 | 2.0910 | $6.80 | 6.25 | $13.07 |
| SHFT3WE NE | 23.00 | 3.3456 | $76.95 | 45.02 | $150.61 |
| SHFT3WE OT | 5.20 | 5.0184 | $26.10 | 10.20 | $51.19 |
| **Memo Information** | | | **$58.44** | | **$134.37** |
| 401K MATCH | | | $58.44 | | $134.37 |
| **Pre-Tax Deductions** | | | **$360.93** | | **$780.15** |
| 401K % | | | $194.82 | | $447.93 |
| Health (Pre-Tax) | | | $148.73 | | $297.46 |
| Vision (Pre-Tax) | | | $3.35 | | $6.70 |
| Dental (Pre-Tax) | | | $10.19 | | $20.38 |
| Med Spending | | | $3.84 | | $7.68 |
| **Taxes** | | | **$289.17** | | **$724.27** |
| Fed W/H | | | $118.04 | | $299.04 |
| FICA EE | | | $110.48 | | $257.11 |
| Fed MWT EE | | | $25.84 | | $60.13 |
| CA W/H | | | $18.77 | | $70.67 |
| CA DT EE | | | $16.04 | | $37.32 |
| **Post-Tax Deductions** | | | **$55.62** | | **$142.07** |
| AD&D | | | $2.17 | | $4.34 |
| Additional Life | | | $33.97 | | $67.94 |
| United Way | | | | | $25.00 |
| ESPP% | | | $19.48 | | $44.79 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,242.43** | | **$2,832.73** |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,042.43 | | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $1,948.15 | 401K/403B Match Eligible Earnings YTD | $4,479.22 |
| Total Hours Worked | 67.77 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| PTO Balance: | 57.86 Hours | PTO Accrued: | 57.86 Hours |
| Float Balance: | 1.00 Days | Float Accrued: | 1.00 Days |
| Sick Balance: | 40.00 Hours | Sick Accrued: | 40.00 Hours |



Page 1 of 1

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |

| | |
|---|---|
| **Employee Name:** | CMonne GI Stewart |
| **Employee #:** | 246692 |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 |
| **Pay Group:** | Health Net of California, Inc. |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 2/3/2023 |
| **Pay Period:** | 1/15/2023 - 1/28/2023 |
| **Deposit Advice #:** | 577784802 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 20.9100 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Alt Code 01 (CA) |
| **State Exemptions:** | 3 (CA) |

| | Current 1/15/2023 - 1/28/2023 | | | YTD As of 1/28/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 208.54 | | $2,440.75 | 672.98 | $6,919.97 |
| OVERTIME | | | | 0.20 | $6.73 |
| REGULAR | 46.00 | 20.9100 | $961.86 | 176.95 | $3,700.03 |
| HOLIDAY | 8.00 | 20.9100 | $167.28 | 40.00 | $836.40 |
| HOLIDAY WORKED | 8.00 | 33.8706 | $270.95 | 21.00 | $707.94 |
| HOLIDAY WRK OT | 0.20 | 33.8706 | $6.77 | 0.20 | $6.77 |
| LANGPREM | 54.00 | 1.6728 | $90.33 | 197.94 | $331.12 |
| LANGPREM OT | 0.20 | 2.5092 | $0.50 | 0.40 | $1.00 |
| SICK | 37.93 | 20.9100 | $793.19 | 37.94 | $793.19 |
| SHFT2WD NE | 2.87 | 1.6728 | $4.80 | 10.87 | $18.18 |
| SHFT2WD OT | 1.00 | 2.5092 | $2.51 | 2.00 | $5.02 |
| SHFT3WD NE | 26.00 | 2.0910 | $54.37 | 97.68 | $204.26 |
| SHFT3WD OT | 2.00 | 3.1365 | $6.27 | 4.00 | $12.54 |
| SHFT2WE NE | 1.20 | 2.0910 | $2.51 | 7.45 | $15.58 |
| SHFT3WE NE | 15.93 | 3.3456 | $53.31 | 60.95 | $203.92 |
| SHFT3WE OT | 5.20 | 5.0184 | $26.10 | 15.40 | $77.29 |
| **Memo Information** | | | $73.22 | | $207.59 |
| 401K MATCH | | | $73.22 | | $207.59 |
| **Pre-Tax Deductions** | | | $410.19 | | $1,190.34 |
| 401K % | | | $244.08 | | $692.01 |
| Health (Pre-Tax) | | | $148.73 | | $446.19 |
| Vision (Pre-Tax) | | | $3.35 | | $10.05 |
| Dental (Pre-Tax) | | | $10.19 | | $30.57 |
| Med Spending | | | $3.84 | | $11.52 |
| **Taxes** | | | $412.26 | | $1,136.53 |
| Fed W/H | | | $171.24 | | $470.28 |
| FICA EE | | | $141.03 | | $398.14 |
| Fed MWT EE | | | $32.98 | | $93.11 |
| CA W/H | | | $46.54 | | $117.21 |
| CA DT EE | | | $20.47 | | $57.79 |
| **Post-Tax Deductions** | | | $60.55 | | $202.62 |
| AD&D | | | $2.17 | | $6.51 |
| Additional Life | | | $33.97 | | $101.91 |
| United Way | | | | | $25.00 |
| ESPP% | | | $24.41 | | $69.20 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,557.75 | | $4,390.48 |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,357.75 | | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $2,440.75 | 401K/403B Match Eligible Earnings YTD | $6,919.97 |
| Total Hours Worked | 54.20 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| PTO Balance: | 63.40 Hours | PTO Accrued: | 5.54 Hours | | |
| Float Balance: | 1.00 Days | | | | |
| Sick Balance: | 2.07 Hours | | | Sick Taken: | 25.52 Hours |



Page 1 of 2

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |

| | |
|---|---|
| **Employee Name:** | Yvonne G Stewart |
| **Employee #:** | 246692 |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 |
| **Pay Group:** | Health Net of California, Inc. |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 2/3/2023 |
| **Pay Period:** | 1/15/2023 - 1/28/2023 |
| **Deposit Advice #:** | 577784802 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 20.9100 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Alt Code 01 (CA) |
| **State Exemptions:** | 3 (CA) |

**Accruals & Balances**

**Supplemental Earnings Statement**

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| SICK | 1/1/2023 | 1/14/2023 | 12.42 | 20.9100 | $259.64 |
| **Total Hours Paid** | | | **208.53** | | |

Page 2 of 2

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |

| | | |
|---|---|---|
| **Employee Name:** | Yvonne G Stewart | |
| **Employee #:** | 246692 | |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | |
| **Pay Group:** | Health Net of California, Inc. | |
| **Pay Type:** | Hourly | |

| | |
|---|---|
| **Pay Date:** | 12/9/2022 |
| **Pay Period:** | 11/20/2022 - 12/3/2022 |
| **Deposit Advice #:** | 556974571 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 20.9100 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Alt Code 01 (CA) |
| **State Exemptions:** | 3 (CA) |

| | Current 11/20/2022 - 12/3/2022 | | | YTD As of 12/3/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 166.31 | | **$1,953.04** | 5,080.91 | **$49,756.07** |
| OVERTIME | | | | 16.80 | $530.66 |
| REGULAR | 37.10 | 20.9100 | $775.76 | 1,540.00 | $30,778.79 |
| ANNUAL BONUS CA | | | | | $3,107.70 |
| PTO | 24.00 | 20.9100 | $501.84 | 163.00 | $3,263.62 |
| DOUBLETIME | | | | 1.62 | $70.96 |
| HOLIDAY | 16.00 | 20.9100 | $334.56 | 88.00 | $1,749.31 |
| HOLIDAY WORKED | 5.00 | 33.4567 | $167.28 | 48.78 | $1,542.29 |
| KEY CONTRIBUT | | | | | $1,000.00 |
| LANGPREM | 42.11 | 1.6728 | $70.44 | 1,588.81 | $2,539.74 |
| LANGPREM DT | | | | 1.62 | $5.15 |
| LANGPREM OT | | | | 16.80 | $39.97 |
| MEAL PRD PREM | | | | 17.00 | $397.94 |
| SICK | | | | 56.00 | $1,093.85 |
| SHFT2WD NE | 3.15 | 1.6728 | $5.27 | 170.88 | $270.71 |
| SHFT2WD OT | | | | 23.51 | $55.32 |
| SHFT3WD DT | | | | 1.62 | $6.44 |
| SHFT3WD NE | 23.00 | 2.0910 | $48.09 | 766.38 | $1,537.32 |
| SHFT3WD OT | 5.00 | 3.1365 | $15.68 | 18.61 | $56.11 |
| SHFT2WE NE | 2.00 | 2.0910 | $4.18 | 76.77 | $152.03 |
| SHFT2WE OT | | | | 0.08 | $0.25 |
| SHFT3WE NE | 8.95 | 3.3456 | $29.94 | 454.35 | $1,455.95 |
| SHFT3WE OT | | | | 17.00 | $81.23 |
| SHFT1WE NE | | | | 13.28 | $20.73 |
| **Taxable Benefits** | | | **$35.00** | | **$35.00** |
| GIFT CERT - E | | | $35.00 | | $35.00 |
| **Memo Information** | | | **$58.59** | | **$1,399.44** |
| 401K MATCH | | | $58.59 | | $1,399.44 |
| **Pre-Tax Deductions** | | | **$342.70** | | **$9,964.51** |
| 401K % | | | $195.30 | | $6,279.51 |
| Health (Pre-Tax) | | | $132.84 | | $3,321.00 |
| Vision (Pre-Tax) | | | $3.35 | | $83.75 |
| Dental (Pre-Tax) | | | $7.37 | | $184.25 |
| Med Spending | | | $3.84 | | $96.00 |
| **Taxes** | | | **$321.52** | | **$8,686.83** |
| Fed W/H | | | $132.62 | | $4,090.52 |
| FICA EE | | | $114.12 | | $2,858.58 |
| Fed MWT EE | | | $26.69 | | $668.54 |
| CA W/H | | | $27.85 | | $562.02 |
| CA DT EE | | | $20.24 | | $507.17 |
| **Post-Tax Deductions** | | | **$75.15** | | **$4,782.40** |
| AD&D | | | $2.03 | | $50.75 |
| Additional Life | | | $19.60 | | $490.00 |
| United Way | | | | | $10.00 |
| 401K Loan | | | | | $2,948.48 |
| Loan 2 | | | $33.99 | | $849.75 |
| ESPP% | | | $19.53 | | $433.42 |

**Accruals & Balances**



Page 1 of 2

# CERIDIAN

| | | | | |
|---|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Employee Name:** | Yvonne G Stewart | **Pay Date:** 12/9/2022 |
| **Employer Phone:** | 1-833-462-7547 | **Employee #:** | 246692 | **Pay Period:** 11/20/2022 - 12/3/2022 |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** 556974571 |
| | | **Pay Group:** | Health Net of California, Inc. | **Pay Frequency:** Bi-Weekly |
| | | **Pay Type:** | Hourly | **Pay Rate:** 20.9100 |
| | | | | **Federal Filing Status:** Single |
| | | | | **Federal 2c/Extra Withholding:** No/$0.00 |
| | | | | **State Filing Status:** Single; Alt Code 01 (CA) |
| | | | | **State Exemptions:** 3 (CA) |

| | **Routing #** | **Account #** | **Amount** | **Amount** |
|---|---|---|---|---|
| **Net Pay** | | | **$1,213.67** | **$26,322.33** |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,013.67 | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $1,953.04 | 401K/403B Match Eligible Earnings YTD | $49,756.07 |
| Total Hours Worked | 42.10 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| PTO Balance: | 41.24 Hours | PTO Accrued: | 5.54 Hours | PTO Taken: | 24.00 Hours |
| Float Balance: | 0.00 Days | | | | |
| Sick Balance: | 0.00 Hours | | | | |

Page 2 of 2

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |
| **Employee Name:** | Yvonne G Siegert | |
| **Employee #:** | 246692 | |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | |
| **Pay Group:** | Health Net of California, Inc. | |
| **Pay Type:** | Hourly | |
| **Pay Date:** | 12/23/2022 | |
| **Pay Period:** | 12/4/2022 - 12/17/2022 | |
| **Deposit Advice #:** | 562389644 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 20.9100 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **State Filing Status:** | Single; Alt Code 01 (CA) | |
| **State Exemptions:** | 3 (CA) | |

| | Current 12/4/2022 - 12/17/2022 | | | YTD As of 12/17/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 232.50 | | $1,942.96 | 5,313.41 | $51,699.03 |
| OVERTIME | | | | 16.80 | $530.66 |
| REGULAR | 77.50 | 20.9100 | $1,620.53 | 1,617.50 | $32,399.32 |
| ANNUAL BONUS CA | | | | | $3,107.70 |
| PTO | | | | 163.00 | $3,263.62 |
| DOUBLETIME | | | | 1.62 | $70.96 |
| HOLIDAY | | | | 88.00 | $1,749.31 |
| HOLIDAY WORKED | | | | 48.78 | $1,542.29 |
| KEY CONTRIBUT | | | | | $1,000.00 |
| LANGPREM | 77.50 | 1.6728 | $129.64 | 1,666.31 | $2,669.38 |
| LANGPREM DT | | | | 1.62 | $5.15 |
| LANGPREM OT | | | | 16.80 | $39.97 |
| MEAL PRD PREM | | | | 17.00 | $397.94 |
| SICK | | | | 56.00 | $1,093.85 |
| SHFT2WD NE | 6.00 | 1.6728 | $10.04 | 176.88 | $280.75 |
| SHFT2WD OT | | | | 23.51 | $55.32 |
| SHFT3WD DT | | | | 1.62 | $6.44 |
| SHFT3WD NE | 42.00 | 2.0910 | $87.82 | 808.38 | $1,625.14 |
| SHFT3WD OT | | | | 18.61 | $56.11 |
| SHFT2WE NE | 3.00 | 2.0910 | $6.27 | 79.77 | $158.30 |
| SHFT2WE OT | | | | 0.08 | $0.25 |
| SHFT3WE NE | 26.50 | 3.3456 | $88.66 | 480.85 | $1,544.61 |
| SHFT3WE OT | | | | 17.00 | $81.23 |
| SHFT1WE NE | | | | 13.28 | $20.73 |
| **Taxable Benefits** | | | | | $35.00 |
| GIFT CERT - E | | | | | $35.00 |
| **Memo Information** | | | $58.29 | | $1,457.73 |
| 401K MATCH | | | $58.29 | | $1,457.73 |
| **Pre-Tax Deductions** | | | $341.70 | | $10,306.21 |
| 401K % | | | $194.30 | | $6,473.81 |
| Health (Pre-Tax) | | | $132.84 | | $3,453.84 |
| Vision (Pre-Tax) | | | $3.35 | | $87.10 |
| Dental (Pre-Tax) | | | $7.37 | | $191.62 |
| Med Spending | | | $3.84 | | $99.84 |
| **Taxes** | | | $306.49 | | $8,993.32 |
| Fed W/H | | | $124.44 | | $4,214.96 |
| FICA EE | | | $111.32 | | $2,969.90 |
| Fed MWT EE | | | $26.03 | | $694.57 |
| CA W/H | | | $24.94 | | $586.96 |
| CA DT EE | | | $19.76 | | $526.93 |
| **Post-Tax Deductions** | | | $72.78 | | $4,855.18 |
| AD&D | | | $2.03 | | $52.78 |
| Additional Life | | | $19.60 | | $509.60 |
| United Way | | | | | $10.00 |
| 401K Loan | | | | | $2,948.48 |
| Loan 2 | | | $31.72 | | $881.47 |
| ESPP% | | | $19.43 | | $452.85 |

**Accruals & Balances**



Page 1 of 2

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** Health Net of California Inc | **Employee Name:** Yvonne G Stewart | **Pay Date:** 12/23/2022 |
| **Employer Phone:** 1-833-462-7547 | **Employee #:** 246692 | **Pay Period:** 12/4/2022 - 12/17/2022 |
| **Employer Address:** 7700 Forsyth Blvd St. Louis, MO 63105 | **Employee Address:** 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** 562389644 |
| | **Pay Group:** Health Net of California, Inc. | **Pay Frequency:** Bi-Weekly |
| | **Pay Type:** Hourly | **Pay Rate:** 20.9100 |
| | | **Federal Filing Status:** Single |
| | | **Federal 2c/Extra Withholding:** No/$0.00 |
| | | **State Filing Status:** Single; Alt Code 01 (CA) |
| | | **State Exemptions:** 3 (CA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| **Net Pay** | | | **$1,221.99** | **$27,544.32** |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,021.99 | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $1,942.96 | 401K/403B Match Eligible Earnings YTD | $51,699.03 |
| Total Hours Worked | 77.50 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| PTO Balance: | 46.78 Hours | PTO Accrued: | 5.54 Hours |
| Float Balance: | 0.00 Days | | |
| Sick Balance: | 0.00 Hours | | |

**PERSONAL AND CHECK INFORMATION**
Yvonne Stewart
412 Noylor Avenue
Taft, CA 93260
Soc Sec #: xxx-xx-9596    Employee ID: 619

**Home Department:** 200 Hourly

**Pay Period:** 12/18/22 to 12/31/22
**Check Date:** 01/06/23    **Check #:** 12869

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1744.07 | 1744.07 |
| **NET PAY** | **1744.07** | **1744.07** |

**EARNINGS**

| BASIS OF | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 58.0000 | 37.0000 | 2146.00 | 58.0000 | 2146.00 |
| | Total Hours | 58.0000 | | | | |
| | Gross Earnings | | | 2146.00 | | 2146.00 |
| | Total Hrs Worked | 58.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 133.05 | 133.05 |
| Medicare | | 31.12 | 31.12 |
| Fed Income Tax | M 1 | 152.44 | 152.44 |
| CA Income Tax | SMI2 1 0 | 66.01 | 66.01 |
| CA Disability | | 19.31 | 19.31 |
| **TOTAL** | | **401.93** | **401.93** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1744.07 | 1744.07 |

*Payrolls by Paychex, Inc.*

**0942 1606-7289**    Conejo Valley Congregate Healthcare Inc • 1225 Lawrence Way • Oxnard CA  93035 • (818) 880-8600

CONEJO VALLEY CONGREGATE HEALTHCARE INC
1225 Lawrence Way
Oxnard CA 93035

EE ID: 619

DATE: 01/20/2023    CHECK NO.: Unknown

PAY TO THE ORDER OF:
YVONNE STEWART
412 NOYLOR AVENUE
TAFT CA 93260

For Reference Purposes Only
**$762.47**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

---

**PERSONAL AND CHECK INFORMATION**
Yvonne Stewart
412 Noylor Avenue
Taft, CA 93260
Soc Sec #: xxx-xx-9596    Employee ID: 619

Home Department: 200 Hourly

Pay Period: 01/01/23 to 01/14/23
Check Date: 01/20/23    Check #: Unknown

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 762.47 | 2506.54 |
| **NET PAY** | **762.47** | **2506.54** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | | | | 58.0000 | 2146.00 |
| | | Visit | 23.0000 | 37.0000 | 851.00 | 23.0000 | 851.00 |
| | | Total Hours | 23.0000 | | | 81.0000 | |
| | | Gross Earnings | | | 851.00 | | 2997.00 |
| | | Total Hrs Worked | 23.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | $52.76 | 52.76 | 185.81 |
| | Medicare | $12.34 | 12.34 | 43.46 |
| | Fed Income Tax | $11.64 | 11.64 | 164.08 |
| | CA Income Tax | $4.13 | 4.13 | 70.14 |
| | CA Disability | $7.66 | 7.66 | 26.97 |
| | **TOTAL** | | 88.53 | 490.46 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 762.47 | 2506.54 |

Payrolls by Paychex, Inc.
0942 1606-7289    Conejo Valley Congregate Healthcare Inc • 1225 Lawrence Way • Oxnard CA 93035 • (818) 880-8600

Feb. 9. 2023  6:15PM                                                                 No. 1246   P. 2

**PERSONAL AND CHECK INFORMATION**

Yvonne Stewart
412 Naylor Avenue
Taft, CA 93260
Soc Sec #: xxx-xx-9596    Employee ID: 619

Home Department: 200 Hourly

Pay Period: 01/14/23 to 01/27/23
Check Date: 02/03/23    Check #: 12901

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 2527.74 | 7605.56 |
| NET PAY | 2527.74 | 7605.56 |

**EARNINGS**

| BASIS OF DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 88.2000 | 37.0000 | 3263.40 | 236.1000 | 8735.70 |
| Visit | | | | 23.0000 | 851.00 |
| Total Hours | 88.2000 | | | 259.1000 | |
| Gross Earnings | | | 3263.40 | | 9586.70 |
| Total Hrs Worked | 88.2000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 202.34 | 594.38 |
| Medicare | | 47.32 | 139.01 |
| Fed Income Tax | M 1 | 286.53 | 744.69 |
| CA Income Tax | SMI2 1 0 | 170.10 | 416.78 |
| CA Disability | | 29.37 | 86.28 |
| TOTAL | | 735.66 | 1981.14 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2527.74 | 7605.56 |

Payrolls by Paychex, Inc.

0942 1606-7289  Conejo Valley Congregate Healthcare Inc • 1225 Lawrence Way • Oxnard CA 93035 • (818) 880-8600

**PERSONAL AND CHECK INFORMATION**
Yvonne Stewart
412 Noylor Avenue
Taft, CA 932
Soc Sec #: xxx-xx-9596    Employee ID: 619

Home Department: 200 Hourly

Pay Period: 12/18/22 to 12/31/22
Check Date: 01/06/23    Check #: 12869

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1744.07 | 1744.07 |
| NET PAY | 1744.07 | 1744.07 |

**EARNINGS**

| DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 58.0000 | 37.0000 | 2146.00 | 58.0000 | 2146.00 |
| Total Hours | 58.0000 | | | 58.0000 | |
| Gross Earnings | | | 2146.00 | | 2146.00 |
| Total Hrs Worked | 58.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 133.05 | 133.05 |
| Medicare | | 31.12 | 31.12 |
| Fed Income Tax | M 1 | 152.44 | 152.44 |
| CA Income Tax | SMI2 1 0 | 66.01 | 66.01 |
| CA Disability | | 19.31 | 19.31 |
| TOTAL | | 401.93 | 401.93 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1744.07 | 1744.07 |

Payrolls by Paychex, Inc.
0942 1606-7289   Conejo Valley Congregate Healthcare Inc • 1225 Lawrence Way • Oxnard CA 93035 • (818) 880-8600

CONEJO VALLEY
1225 Lawrence Way
Oxnard CA 93035

| | |
|---|---|
| 02/03/2023 | Unknown |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

YVONNE STEWART
412 NOYLOR AVENUE
TAFT CA 93260

For Reference Purposes Only
**$2571.28**
AMOUNT

VOID THIS IS NOT A CHECK .................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Yvonne Stewart
412 Noylor Avenue
Taft, CA 93260
Soc Sec #: xxx-xx-9596    Employee ID: 619

Home Department: 200 Hourly

Pay Period: 01/14/23 to 01/27/23
Check Date: 02/03/23    Check #: Unknown

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 2571.28 | 5077.82 |
| NET PAY | 2571.28 | 5077.82 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 89.9000 | 37.0000 | 3326.30 | 147.9000 | 5472.30 |
| | Visit | | 23.0000 | | | 851.00 |
| | Total Hours | 89.9000 | | | 170.9000 | |
| | Gross Earnings | | | 3326.30 | | 6323.30 |
| | Total Hrs Worked | 89.9000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | $206.23 | 206.23 | 392.04 |
| Medicare | $48.23 | 48.23 | 91.69 |
| Fed Income Tax | $294.08 | 294.08 | 458.16 |
| CA Income Tax | $176.54 | 176.54 | 246.68 |
| CA Disability | $29.94 | 29.94 | 56.91 |
| TOTAL | | 755.02 | 1245.48 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2571.28 | 5077.82 |

Payrolls by Paychex, Inc.
0942 1606-7289  Conejo Valley Congregate Healthcare Inc • 1225 Lawrence Way • Oxnard CA 93035 • (818) 880-8600

```
CO.    FILE    DEPT.   CLOCK   CHK. NO.
L06    101297  100400          0000099711
```
099711

## Earnings Statement

FACILITIES PAYROLL SERVICES
CALIFORNIA HEALTHCARE & REHAB, 4032
WILSHIRE BL 6TH FL
LOS ANGELES, CA  90010

Period Beginning: 12/01/2022
Period Ending: 12/15/2022
Pay Date: 12/20/2022

Filing Status: Single or Married Filing Separately

YVONNE G STEWART
412 NAYLOR AVE
TAFT, CA  93268

Social Security Number: XXX-XX-9596

**Important Notes**

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | 32.0000 | 66.20 | 2,118.40 |
| Overtime | 48.0000 | 19.73 | 947.04 |
| Double Time | 64.0000 | 0.78 | 49.92 |
| Missed Meal | 32.0000 | 5.00 | 160.00 |
| Vacation Paid | 32.0000 | 28.93 | 925.76 |
| **Gross Pay** | | $ | 4,201.12 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | 279.46 - |
| | Social Security Tax | 257.62 - |
| | Medicare Tax | 60.25 - |
| | CA State Disability Ins | 45.70 - |
| | CA State Income Tax | 255.36 - |
| | **Other** | |
| | Assurant LT Dis | 46.06 - |
| **Net Pay** | $ | 3,256.67 |
| **Net Check** | $ | 3,256.67 |

Other Benefits and
Information            This Period

