## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Yvonne Giovanna Stewart; Case number 2:17-bk-12185-VZ; Filed 2/24/2017; Chapter 13; Judge Vincent Zurzolo; Central District of California, Los Angeles Division; Status: Dismissed; Closed 5/8/2019; Case involved real property.**

**In re Yvonne Giovanna Stewart; Case number 6:19-bk-18155-SY; Filed 9/16/2019; Chapter 13; Judge Scott H. Yun; Central District of California, Riverside Division; Status: Dismissed; Closed 8/10/2022; Case involved multiple real properties.**

**In re Yvonne Giovanna Stewart; Case number 6:23-bk-10196-SY; Filed 1/20/2023; Chapter 13; Judge Scott H. Yun; Central District of California, Riverside Division; Status: Dismissed; Pending closure; Case involved multiple real properties.**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Yvonne Giovanna Stewart; Case number 6:23-bk-10196-SY; Filed 1/20/2023; Chapter 13; Judge Scott H. Yun; Central District of California, Riverside Division; Status: Dismissed; Pending closure; Case involved multiple real properties.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ Taft _____, California

Signature of Debtor

Date: _____ **2/13/2023** _____

_December 2012_

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1.STMT.RELATED.CASES**