United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 23-10528-SY
Yvonne Giovanna Stewart                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                                Page 1 of 1
Date Rcvd: Feb 14, 2023                Form ID: mccdn                                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yvonne Giovanna Stewart, 412 Naylor Ave, Taft, CA 93268-4223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023                              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Yvonne Giovanna Stewart bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

In re:
Yvonne Giovanna Stewart

CHAPTER NO.: 13

CASE NO.: 6:23–bk–10528–SY

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]

☐ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: February 14, 2023

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 02/2020)

6 – 1 / KR6