**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: <br><br> YVONNE GIOVANNA STEWART <br><br> Debtor. | Case No: 6:23-bk-10528-SY <br><br> **Chapter 13** <br><br> **NOTICE OF HEARING ON DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** <br><br> **Hearing** <br> **Date: February 28, 2023** <br> **Time: 1:30 PM** <br> **Courtroom: 302** <br> **Location: 3420 Twelfth Street** <br>             Riverside, CA 92501 |

NOTICE IS HEREBY GIVEN that a hearing on the Debtors' Notice of Hearing On Debtor's Motion In Individual Case For Order Imposing A Stay Or Continuing The Automatic Stay As The Court Deems Appropriate, which was filed as docket number 16, has been set for hearing February 28, 2023, at 1:30 p.m. in Courtroom 302, of the United States Bankruptcy Court for the Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501.

Date: February 23, 2023

                                      **NEXUS BANKRUPTCY**

                                      _____
                                      BENJAMIN HESTON,
                                      Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Edward A Treder    cdcaecf@bdfgroup.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/23/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/23/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/23/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**

**BAKERSFIELD HOMES, LLC**
1303 CALAVERAS PARK DR
BAKERSFIELD, CA 93311-5114

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP**
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001-4320

**CAPITAL ONE**
PO BOX 31293
SALT LAKE CTY, UT 84131-0293

**DISCOVER FINANCIAL SERVICES**
PO BOX 30943
SALT LAKE CTY, UT 84130-0943

**EDFINANCIAL SERVICES**
120 N SEVEN OAKS DR
KNOXVILLE, TN 37922-2359

**ELITE COMMUNITY MANAGMENT**
38760 SKY CANYON DR STE C
MURRIETA, CA 92563-2562

**ESCROW SERVICES, INC**
PO BOX 1512
MANDEVILLE, LA 70470-1512

**FAY SERVICING LLC**
PO BOX 814609
DALLAS, TX 75381-4609

**MIDLAND CREDIT MANAGMENT**
PO BOX 939069
SAN DIEGO, CA 92193-9069

**SHELLPOINT MORTGAGE**
75 BEATTIE PL STE 300
GREENVILLE, SC 29601-2138

**REGISTERED AGENT SOLUTIONS, INC.**
Agent for service of process for
FAY SERVICING, LLC
720 14TH STREET
SACRAMENTO, CA  95814

**EDWARD J. FAY**
CEO OF FAY SERVICING, LLC
720 14TH STREET
SACRAMENTO, CA  95814

**OFFICE OF THE US TRUSTEE**
3801 UNIVERSITY AVE, SUITE 720
RIVERSIDE, CA 92501

**BARRETT DAFFIN FRAPPIER TREDER & WEISS**
3990 E. CONCOURS STREET, SUITE 350
ONTARIO, CALIFORNIA  91764