| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>**FEB 23 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Mason    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>**YVONNE GIOVANNA STEWART,**<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-10528-SY<br>CHAPTER: 13<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[LBR 9075-1(b)] |

**Movant** (*name*): YVONNE GIOVANNA STEWART

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY

   b. *Date of filing of motion:* February 21, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: February 21, 2023

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 2/28/2023<br>**Time:** 1:30 p.m.<br>**Courtroom:** 302 | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☒ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: 2/23/2023<br><br>Time: 5:00 p.m. | Chapter 13 trustee & Fay Servicing<br><br>☐ See attached page<br><br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☒ First class mail   ☐ Facsimile*   ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: 2/23/2023<br><br>Time: 5:00 p.m. | Chapter 13 trustee, Fay Servicing, and all creditors<br><br>☐ See attached page<br><br>(D) _Service is also required upon_:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☒ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) <u>Deadlines:</u>
Date: 2/23/2023

Time: 5:00 p.m.

(C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

Chapter 13 trustee, Fay Servicing, and all creditors

☐ See attached page

(D) <u>Service is also required upon</u>:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) <u>Deadlines:</u>
Date:

Time:

(C) <u>Persons/entities to be served with written opposition to the motion:</u>
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) <u>Service is also required upon</u>:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing.|
|---|
| ☐ no later than:    Date:            Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 23, 2023

Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 4                        **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **ORDER GRANTING APPLICATION AND SETTINGHEARING ON SHORTENED NOTICE ON MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)   notice-efile@rodan13.com
Benjamin Heston   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Edward A Treder   cdcaecf@bdfgroup.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/23/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/23/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

**Judge Scott H. Yun**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/23/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**BAKERSFIELD HOMES, LLC**
1303 CALAVERAS PARK DR
BAKERSFIELD, CA 93311-5114

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP**
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001-4320

**CAPITAL ONE**
PO BOX 31293
SALT LAKE CTY, UT 84131-0293

**DISCOVER FINANCIAL SERVICES**
PO BOX 30943
SALT LAKE CTY, UT 84130-0943

**EDFINANCIAL SERVICES**
120 N SEVEN OAKS DR
KNOXVILLE, TN 37922-2359

**ELITE COMMUNITY MANAGMENT**
38760 SKY CANYON DR STE C
MURRIETA, CA 92563-2562

**ESCROW SERVICES, INC**
PO BOX 1512
MANDEVILLE, LA 70470-1512

**FAY SERVICING LLC**
PO BOX 814609
DALLAS, TX 75381-4609

**MIDLAND CREDIT MANAGMENT**
PO BOX 939069
SAN DIEGO, CA 92193-9069

**SHELLPOINT MORTGAGE**
75 BEATTIE PL STE 300
GREENVILLE, SC 29601-2138

**REGISTERED AGENT SOLUTIONS, INC.**
Agent for service of process for
FAY SERVICING, LLC
720 14TH STREET
SACRAMENTO, CA  95814

**EDWARD J. FAY**
CEO OF FAY SERVICING, LLC
720 14TH STREET
SACRAMENTO, CA  95814

**OFFICE OF THE US TRUSTEE**
3801 UNIVERSITY AVE, SUITE 720
RIVERSIDE, CA 92501

**BARRETT DAFFIN FRAPPIER TREDER & WEISS**
3990 E. CONCOURS STREET, SUITE 350
ONTARIO, CALIFORNIA  91764