**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>YVONNE GIOVANNA STEWART<br><br>Debtor. | Case No: 6:23-bk-10528-SY<br><br>**Chapter 13**<br><br>**DECLARATION OF BENJAMIN HESTON REGARDING SERVICE** |

I, Benjamin Heston, declare as follows:

I am the attorney for the Debtor in the instant bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the facts alleged herein.

On February 24, 2023, I caused to be served the Motion, Notice of Hearing, and Order Granting Application for Shortened Notice to all creditors, the United States Trustee by first class mail and Judge's copies by personal delivery.

On the same day at approximately 1:00 p.m., I called the Chapter 13 Trustee at 951-826-8036 and left a voicemail detailing the substance of the motion, the hearing date and time, and requirements for opposing the motion.

At approximately 4:00 p.m., I called Fay Servicing at 800-495-7166 and spoke with someone who identified themselves as Johnny. I gave him the relevant hearing information. He further indicated that he was already aware of this prior to my call.

At 4:00 p.m. I called Barrett Daffin Frapier Treder & Weiss at (626) 371-7026 and left a

voicemail and provided the same information.

At 4:15 p.m., I called the US Trustee's Office and spoke with Mary Avalos, a paralegal specialist for the Department of Justice, and provided her with the same information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 26, 2023

_____
BENJAMIN HESTON