# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Tuesday, February 28, 2023**                            **Hearing Room**    **302**

<u>1:30 PM</u>
**6:23-10528**  Yvonne Giovanna Stewart                                       **Chapter 13**

<u>Telephonic Hearing</u>

**#38.00**  Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

**OST**

**Susan Luong** to appear by telephone (951)826-8038 — *in court*
**Benjamin Heston** ~~to appear by telephone~~ (951)290-2827 — *Debtor*
**Darlene C Vigil** ~~to appear by telephone~~ (626)371-7026 — *Wilmington Trust*
*In the courtroom*

Docket    16

**Matter Notes:**

GRANTED: _____  DENIED: ✓_____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: *D. Vigil*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

---

**Party Information**

<u>Debtor(s):</u>

Yvonne Giovanna Stewart                          Represented By
                                                                   Benjamin Heston