United States Bankruptcy Court

Central District of California

In re:     Case No. 23-10528-SY

Yvonne Giovanna Stewart     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2

Date Rcvd: Mar 08, 2023     Form ID: van155     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yvonne Giovanna Stewart, 412 Naylor Ave, Taft, CA 93268-4223 |
| 41429536 | BAKERSFIELD HOMES, LLC, 1303 Calaveras Park Dr, Bakersfield, CA 93311-5114 |
| 41429541 | ELITE COMMUNITY MANAGMENT, 38760 Sky Canyon Dr Ste C, Murrieta, CA 92563-2562 |
| 41429542 | ESCROW SERVICES, INC, Po Box 1512, Mandeville, LA 70470-1512 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Mar 09 2023 05:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Mar 09 2023 05:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41429537 | Email/Text: BNCnotices@bdfgroup.com | Mar 09 2023 00:35:00 | BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP, 4004 BELT LINE ROAD SUITE 100, ADDISON, TX 75001-4320 |
| 41429538 | EDI: CAPITALONE.COM | Mar 09 2023 05:33:00 | CAPITAL ONE, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 41443863 | EDI: CAPITALONE.COM | Mar 09 2023 05:33:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41429539 | EDI: DISCOVER.COM | Mar 09 2023 05:33:00 | Discover Financial Services, Po Box 30943, Salt Lake Cty, UT 84130-0943 |
| 41444016 | EDI: DISCOVER.COM | Mar 09 2023 05:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41429540 | Email/Text: EBN@edfinancial.com | Mar 09 2023 00:35:00 | EDFINANCIAL SERVICES, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 41429543 | Email/Text: ECF@fayservicing.com | Mar 09 2023 00:35:00 | FAY SERVICING LLC, Po Box 814609, Dallas, TX 75381-4609 |
| 41429544 | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 00:35:00 | MIDLAND CREDIT MANAGMENT, Po Box 939069, San Diego, CA 92193-9069 |
| 41429545 | Email/Text: mtgbk@shellpointmtg.com | Mar 09 2023 00:35:00 | SHELLPOINT MORTGAGE, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 41434267 | + Email/Text: EBN@edfinancial.com | Mar 09 2023 00:35:00 | US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: van155 | Total Noticed: 16 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Wilmington Trust, National Association, not in its |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Yvonne Giovanna Stewart bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Darlene C Vigil | on behalf of Creditor Wilmington Trust National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2016-1 cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

FORM CACB van155−od13vdr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Yvonne Giovanna Stewart

**BANKRUPTCY NO.** 6:23−bk−10528−SY

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−9596
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 3/8/23

**Address:**
412 Naylor Ave
Taft, CA 93268−4223

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3) debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: March 8, 2023

BY THE COURT,

**Scott H. Yun**
United States Bankruptcy Judge

Form van155−od13vdr Rev. 06/2017

**33 − 30 / SM6**